IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ROBERT RIDDLE CLINTON,

     Appellant,

 v.

Case No.  5D22-1635
LT Case Nos. 2007-000425-CFAWS
              2007-000541-CFAWS

STATE OF FLORIDA,

     Appellee.

_____/

Decision filed September 20, 2022

3.850 Appeal from the Circuit Court
for Volusia County,
Dawn D. Nichols, Judge.

Robert R. Clinton, Avon Park, pro se.

No Appearance for Appellee.


PER CURIAM.


    AFFIRMED.


WALLIS, EDWARDS and EISNAUGLE, JJ., concur.